# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

January 6, 2022

<u>VIA ECF</u>

Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: <u>United States v. Brandon Jackson</u>, 21-cr-247 (PAE)

Dear Judge Engelmayer:

  I represent Brandon Jackson in the above-captioned matter. I write to respectfully request a modification of Mr. Jackson's pretrial release conditions. Specifically, I write to request his conditions be modified to allow for only one co-signer to his bond. The Government consents go this request.

  The Government has interviewed and approved one financially responsible individual to co-sign a $300,000 bond for Mr. Jackson's release. Mr. Jackson has had difficulty finding another approved individual to sign the bond. Since his initial appearance, Mr. Jackson has been fully compliant with all conditions of his release.

  I thank the Court in advance for its consideration of this request.

                Sincerely,

                */s/ Daniel A. McGuinness*

                Daniel A. McGuinness

Cc: All Counsel (via ECF)

---

**GRANTED.** The Court has been notified that the Government consents to this modification.      1/6/2022

         SO ORDERED.

            */s/ Paul A. Engelmayer*
            PAUL A. ENGELMAYER
            United States District Judge