# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

August 3, 2022

<u>VIA ECF</u>

Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Brandon Jackson</u>, 21-cr-247 (PAE)

Dear Judge Engelmayer:

      I represent Brandon Jackson in the above-captioned matter. I write to respectfully request a 90-day adjournment of sentencing. Mr. Jackson's sentencing is currently scheduled for August 17, 2022 at 11:00am. I am seeking this request because the pre-sentence report in this matter has not yet been completed. The Government consents go this request.

      Following Mr. Jackson's change of plea in this matter, a pre-sentence interview was promptly scheduled with the Probation Office. Prior to the interview, I was informed that the assigned officer needed to cancel the interview due to a personal emergency. Both the Government and I have followed up on the status of the interview. The Probation Office has informed the parties that the assigned officer is expected to return to the office this week, but if they do not, the matter will be reassigned.

      I thank the Court in advance for its consideration of this request.

Sincerely,

Daniel A. McGuinness

**GRANTED.** Sentencing is adjourned to November 16, 2022 at 11:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 157.

8/4/2022

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge