UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v.-

BRANDON JACKSON,

           Defendant.

-------------------------------------------------------------X

Case No. 21-cr-247(PAE)

**ORDER**

**THIS MATTER** having been opened to the Court upon the application of Daniel A. McGuinness, counsel appointed for BRANDON JACKSON, who, having been found to be indigent pursuant to the Criminal Justice Act, requires for the purposes of a change of plea hearing to be transported to and from the Southern District of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice;

**IT IS** on this 6th day of December 2022,

**ORDERED**, that the U.S. Marshal shall arrange noncustodial transport, via commercial economy-class, roundtrip ticket, for BRANDON JACKSON, to fly from Dallas, Texas to New York, New York on December 11, 2022 and from New York, New York to Dallas, Texas after 7:00pm on December 12, 2022.

~~IT IS FURTHER ORDERD that the U.S. Marshall shall not make BRANDON JACKSON's travel arrangements available to the government.~~

~~IT IS FURTHER ORDERD that this Order is received shall be maintained under seal.~~

_____
Hon. Paul A. Engelmayer, U.S.D.J.