# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

353 Lexington Ave, Suite 900, New York, NY 10016
Tel: (212) 679-1990 · Fax (888) 679-0585 · Email: Dan@LegalMcG.com

December 7, 2022

**VIA ECF**

Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Brandon Jackson</u>, 21-cr-247 (PAE)

Dear Judge Engelmayer:

      I represent Brandon Jackson in the above-captioned matter. I am writing to request an amended travel order for Mr. Jackson because the United States Marshal Service ("USMS") will no longer provide noncustodial return travel. A proposed order is attached.

      A representative of USMS informed me by email that they would not honor the previous Order directing them to provide round-trip noncustodial travel for Mr. Jackson. Despite honoring an Order with identical language earlier this year, they would now only provide one-way noncustodial travel to the court appearance but not home. At this point, I am requesting the Court grant the proposed Order directing the USMS to arrange one-way noncustodial transportation for Mr. Jackson to the Court appearance. I will request appropriate authorization for Mr. Jackson's return transportation in a subsequent submission.

      I thank the Court in advance for its consideration of this request

Sincerely,

*/s/ Daniel A. McGuinness*

Daniel A. McGuinness

**GRANTED.** However, counsel are to purchase refundable tickets, insofar as the Court will need to assess at the hearing whether the defendant's continued release on conditions of bail remains justified. The Clerk of Court is requested to terminate the motion at Dkt. No. 216.

      SO ORDERED.      12/8/2022

_____
PAUL A. ENGELMAYER
United States District Judge