UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v.-

BRANDON JACKSON,

           Defendant.

------------------------------------------------------------X

Case No. 21-cr-247-05 (PAE)

**ORDER**

**THIS MATTER** having been opened to the Court upon the application of Daniel A. McGuinness, counsel appointed for BRANDON JACKSON, who, having been found to be indigent pursuant to the Criminal Justice Act, requires for the purposes a hearing scheduled for December 12, 2022 to be transported to the Southern District of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice;

    **IT IS** on this ____ day of December 2022

    **ORDERED**, that the U.S. Marshal shall arrange noncustodial transport, via commercial economy-class, one-way ticket, for BRANDON JACKSON, to fly from Dallas, Texas to New York, New York on December 11, 2022.

12/8/2022

*Paul A. Engelmayer*
Hon. Paul A. Engelmayer, U.S.D.J.