```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :     21-CR-247-05 (PAE)
    -v. -                           :     ORDER
                                    :
  BRANDON JACKSON,                  :
                                    :
    Defendant                       :
------------------------------------X
```

Paul A. Engelmayer, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following conditions:

1) Home detention (with a written schedule to be approved by Pretrial Services by the end of the day on December 14, 2022);

2) Provide documentary proof of employment, income, and hours worked to Pretrial Services for the time period from September 1, 2022 to present, by December 18, 2022.

Dated: New York, New York
       December 14, 2022

SO ORDERED:

_____
Paul A. Engelmayer
United States District Judge