UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

       -v.-　　　　　　　　　　　　　　　　Case No. 21-cr-247(PAE)

BRANDON JACKSON,　　　　　　　　　　　　**ORDER**

               Defendant.

-----------------------------------------------------------X

**THIS MATTER** having been opened to the Court upon the application of Daniel A. McGuinness, counsel appointed for BRANDON JACKSON, who, having been found to be indigent pursuant to the Criminal Justice Act, requires for the purposes a sentencing hearing on February 2, 2023 to be transported to and from the Southern District of New York and lodging for one night, pursuant to 18 U.S.C. 3006A(e)(1), and upon a finding of indigence and in the interests of justice;

**IT IS** on this 26th day of January 2023

**ORDERED**, that the Daniel A. McGuinness shall be authorized to utilize CJA funds to book via National Travel a refundable, commercial economy-class, one-way ticket, for BRANDON JACKSON, to fly from to New York, New York to Dallas, Texas on February 2, 2023; and to be reimbursed for the cost of one night of lodging for BRANDON JACKSON at a New York City hotel at or below the Government Services Administration rate of $159 per night, and any reasonable cost of ground

transportation for BRANDON JACKSON from the airport to the hotel on February 1, 2023 and from the courthouse to the airport on February 2, 2023.

_____
Hon. Paul A. Engelmayer, U.S.D.J.