# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

353 Lexington Ave, Suite 900, New York, NY 10016
Tel: (212) 679-1990 · Fax (888) 679-0585 · Email: Dan@LegalMcG.com

February 27, 2023

<u>VIA ECF</u>

Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Brandon Jackson</u>, 21-cr-247 (PAE)

Dear Judge Engelmayer:

     I represent Brandon Jackson in the above-captioned matter. I write to request a modification to Mr. Jackson's release conditions. Mr. Jackson is presently subject to home detention with location monitoring. I respectfully request that his conditions of release be modified to a curfew with location monitoring to allow him to work driving for Lyft or other non-stationary employment. I have conferred with Mr. Jackson's pretrial service officers in the Northern District of Texas and the Southern District of New York, as well as the Government regarding this request. The pretrial service offices and the Government consent to this request.

     I thank the Court in advance for its consideration of this request.

Sincerely,

Daniel A. McGuinness

Cc: All Counsel (via ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 242.

    SO ORDERED.

2/28/2023

PAUL A. ENGELMAYER
United States District Judge