UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

BRANDON JACKSON,

               Defendant.

21-CR-247-05 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby reappoints Daniel McGuinness, Esq., for the limited purpose of representing the defendant, Brandon Jackson, in moving for a reduction of sentence based on Sentencing Guidelines Amendment 821.

SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: January 30, 2024
       New York, New York