UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA,

-v-

BRANDON JACKSON,

                Defendant.

------------------------------------------------------------

21-CR-247-05 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court directs that any motion for sentence reduction be filed by February 14, 2024.

The Government's opposition is due February 21, 2024.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 2, 2024
      New York, New York